NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 898

IN RE CYPRESS SEMICONDUCTOR CORPORATION,

Petitioner.

On Writ of Mandamus from the United States International Trade Commission in case no. 337-TA-648.

ON MOTION

Before DYK, Circuit Judge.

ORDER

Elpida Memory, Inc. et al. move to stay proceedings before the United States International Trade Commission in case no. 337-TA-648 pending disposition of Cypress Semiconductor Corporation's petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

MAR 13 2009

Date

FOR THE COURT

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Thomas L. Halkowski, Esq.
David E. Sipiora, Esq.
Sturgis M. Sobin, Esq.
George E. Badenoch, Esq.
Michael D. Esch, Esq.
Keith L. Slenkovich, Esq.
Clint A. Gerdine, Esq.
Gary A. Hecker, Esq.
Mark Fowler, Esq.
Michael J. Bettinger, Esq.
Brian Edward Ferguson, Esq.
James L. Quarles, Esq.
Secretary, USITC
Judge, USITC

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 13 2009

JAN HORBALY
CLERK